UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| WENDELL RAKES, | ) | |
| | ) | |
| Plaintiff, | ) | 14-321-GFVT |
| | ) | |
| V. | ) | |
| | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to 42 U.S.C. § 405(g), it is hereby **ORDERED** as follows:

(1) The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay;

(3) All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

(4) This matter is **STRICKEN** from the Court's active docket.

This 8th day of September, 2015.



Signed By:
Gregory F. Van Tatenhove
United States District Judge